AEDITA S. FISHER, Appellant, v. HARRY C. FISHER, Also Known as "BUD" FISHER, Respondent.— Order unanimously affirmed. No opinion. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.

JOSEPH WILLIAM WARD, Respondent, v. PHILIP WEISBERG, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN F. STEIGERWALD, Appellant.— Judgment affirmed. No opinion. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.; Glennon, J., dissents and votes to reverse and dismiss the information.

LOUIS BLOYEN, an Infant, by GEORGE BLOYEN, His Guardian ad Litem, Appellant, v. JOSEPH H. MULLER, Respondent.— Order unanimously reversed, with costs and disbursements and the verdict reinstated. No opinion. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.

ALBERT E. SCHWABACHER and Others, Plaintiffs, v. EDWARD P. EHRICH, Individually, and as Administrator with the Will Annexed of WILLIAM J. EHRICH, Deceased, and Others, Respondents, and LOUIS GAROTTI (Also Known as LOUIS GARATTI) and DOUGLASS C. FONDA, INC., Appellants.— Judgment, so far as appealed from, unanimously affirmed, with costs to the respondent Edward P. Ehrich, administrator *c. t. a.* No opinion. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.

KOLB REALTY CORP., Appellant, v. MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.

JAMES MONT, Respondent, v. NEW YORK EVENING JOURNAL, INC., and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days after service of order upon payment of said costs. No opinion. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.

ELLEN GOIN RIONDA, Respondent, v. HARRIET J. ROBINSON and Others, Defendants, Impleaded with CONRAD VON HAMM and WILLIAM WALLACE YOUNG, Appellants.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.

SADIE BURGESS and JOHN BURGESS, Respondents, v. HORN & HARDART COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.; Callahan, J., dissents and votes to reverse and dismiss the complaint.

FERDINAND L. SALOMON and Others, Respondents, v. SAMUEL L. GOLDEN, Defendant, Impleaded with PIRNIE, SIMONS & COMPANY, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.

LUKE SPANO, by JOHN SPANO, His Guardian ad Litem, and JOHN SPANO, Appellants, v. THE HORN & HARDART COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.